| AO-10<br>Rev. 1/2004 | **AMENDED**<br># FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>RUSSELL, JR., DAN M | 2. Court or Organization<br><br>SO. DISTRICT OF MISSISSIPPI | 3. Date of Report<br><br>8/16/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>( ) Nomination, Date<br><br>( ) Initial　(●) Annual　( ) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>2012 15TH ST., SUITE 614<br><br>GULFPORT, MS 39501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

✔ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✔ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Aug 23 10 44 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

✓ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bancorp South Bank | loan against certificate of deposit | J |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 8/16/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE**  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lauderdale Co. MS Housing Tax Free Bonds | B | Interest | | | redeemed | 09/02 | J | | Paine Webber |
| 2. Series 456 Nuveen Tax Exempt Unit Trust | A | Interest | | | redeemed | 05/15 | J | | Paine Webber |
| 3. Series 512 Nuveen Tax Exempt Unit Trust | A | Interest | | | redeemed | 04/15 | J | | Paine Webber |
| 4. Nuveen Insured Quality Municipal Shares | A | Interest | J | T | | | | | |
| 5. Nuveen Investment Quality Municipal Bonds | B | Interest | K | T | | | | | |
| 6. Checking Acct.-Hancock Bank, Gulfport, MS | A | Interest | J | T | | | | | |
| 7. Checking Acct.-Bancorp South, Gulfport, MS | A | Interest | J | T | | | | | |
| 8. Money Mkt Acct.-Bancorp South Gulfport, MS | C | Interest | N | T | | | | | |
| 9. Plains Marketing, Adams Co. MS | C | Royalty | J | W | | | | | |
| 10. Marshall R. Young, Hancock Co., MS lease | A | Royalty | J | W | | | | | |
| 11. UNOCAL Exploration, Mobile Co., AL | B | Royalty | J | W | | | | | |
| 12. IP Petroleum Co.,Inc., Hancock Co., MS | F | Royalty | J | W | | | | | |
| 13. Transok, Inc. Lease - 375 minerals in Hancock Co. MS | | None | J | W | inactive | | | | |
| 14. Tominson Interests, Inc., Jefferson Davis Co, MS | | None | J | W | | | | | |
| 15. Vintage Petroleum, Hancock Co., MS | | None | J | W | | | | | |
| 16. Denbury Resources, Gluckstadt Field, Madison Co., MS | A | Lease | J | W | Lease | 12/15 | | A | |
| 17. Amer. Nat. Crude Oil (Foremost Operating) Lincoln Co. MS | A | Royalty | J | W | | | | | |
| 18. CSV Life Insurance | | None | K | W | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 8/16/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. First Trust Mississippi Advantage, Series 8 | A | Interest | J | T | | | | | |
| 20. Nuveen Tax Exempt Unit Trust, Series 520-M | B | Interest | K | T | | | | | |
| 21. Nuveen Premium Income Municipal Fund | A | Interest | J | T | | | | | |
| 22. Nuveen Tax Exempt Unit Trust, Series 532 | A | Interest | J | T | | | | | |
| 23. Stock - Sun Source (Hillman Group Capitol) | B | Dividend | J | T | | | | | |
| 24. Insured MS Series 12 UIT - 224 | A | Interest | K | T | | | | | |
| 25. Gulfport Miss Hosp Bonds | A | Dividend | K | T | | | | | |
| 26. Adams Co., MS Bonds | B | Interest | K | T | | | | | |
| 27. Columbus, MS G/O Municipal Bonds | B | Interest | K | T | | | | | |
| 28. Madison County Bonds | A | Interest | K | T | | | | | |
| 29. Jackson Co.,MS G/O Port Impt Projs Bonds | A | Interest | J | T | | | | | |
| 30. Stock - Consolidated Silver Tusk Mines, Ltd. | | None | J | T | | | | | |
| 31. Gulfport Water & Sewerage Bonds | A | Interest | K | T | | | | | |
| 32. Parcel #1, Bay St. Louis, MS | E | Dividend | | | Sell | 04/01 | K | | Russo |
| 33. Edgewater Bay Golf Course | E | Stock repay | | - - | Redeemed | 07/17 | K | | |
| 34. Note from Edgewater Bay Golf Course | C | Interest | | | Redeemed | 02/23 | K | | |
| 35. Note fromEdgewater Bay Golf Course | C | Interest | | | Redeemed | 02/23 | K | | |
| 36. Note from Edgewater Bay Golf Course | D | Interest | | | Redeemed | 02/23 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 8/16/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Edgewater Bay Golf Course | F | Dividend | | | Sell | 12/30 | K | | |
| 38. UIT Nuveen Tax Free 331-M | B | Interest | K | T | | | | | |
| 39. Automobile Loan | D | Interest | | | Redeemed | 01/13 | K | | Stewart |
| 40. Loan | B | Interest | | | Redeemed | 10/01 | K | | Morris |
| 41. Loan | | None | | | | 08/28 | K | | Peters |
| 42. Stock - Whistler Investments | | | D | T | Buy | 07/24 | J | | |
| 43. Stock - Peoples Financial Corp | A | Dividend | L | | | | | | |
| 44. MS State Bldg Lease Rev CTFS Partn Ser A Bond | A | Interest | J | T | | | | | |
| 45. Cert. Of Deposit - Bancorp South | B | Interest | | | Redeemed | 09/29 | K | | Bancorp South |
| 46. Loan - Sara Lane, Saucier, MS | C | Interest | K | T | | | | | Nethercott |
| 47. Loan - Parcel #1 - Gpt, MS Robinson Rd.(corrected;not Par.2) | D | Interest | M | T | Loan | 07/19 | M | | Jackson |
| 48. Oil/Gas Lease - Hancock Co.,MS Diamond Resources | | None | J | T | | | | | |
| 49. Oil/Gas Lease - Hancock co., MS L.B. Jeffcoat | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 8/16/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature               Date _Aug. 16 - 04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 | **Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)** |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>RUSSELL, JR., DAN M | 2. Court or Organization<br><br>SO. DISTRICT OF MISSISSIPPI | 3. Date of Report<br><br>5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>2012 15TH ST., SUITE 614<br><br>GULFPORT, MS 39501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 17 12 20 PM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RUSSELL, JR., DAN M | 5/12/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bancorp South Bank | loan against certificate of deposit | J |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Lauderdale Co. MS Housing Tax Free Bonds | B | Interest | J | T | redeemed | 09/02 | J | | Paine Webber |
| 2. Series 456 Nuveen Tax Exempt Unit Trust | A | Interest | J | T | redeemed | 05/15 | J | | Paine Webber |
| 3. Series 512 Nuveen Tax Exempt Unit Trust | A | Interest | J | T | redeemed | 04/15 | J | | Paine Webber |
| 4. Nuveen Insured Quality Municipal Shares | A | Interest | J | T | | | | | |
| 5. Nuveen Investment Quality Municipal Bonds | B | Interest | K | T | | | | | |
| 6. Checking Acct.-Hancock Bank, Gulfport, MS | A | Interest | J | T | | | | | |
| 7. Checking Acct.-Bancorp South, Gulfport, MS | A | Interest | J | T | | | | | |
| 8. Money Mkt Acct.-Bancorp South Gulfport, MS | C | Interest | N | T | | | | | |
| 9. Plains Marketing, Adams Co. MS | C | Royalty | J | W | | | | | |
| 10. Marshall R. Young, Hancock Co., MS lease | A | Royalty | J | W | | | | | |
| 11. UNOCAL Exploration, Mobile Co., AL | B | Royalty | J | W | | | | | |
| 12. IP Petroleum Co.,Inc., Hancock Co., MS | F | Royalty | J | W | | | | | |
| 13. Transok, Inc. Lease - 375 minerals in Hancock Co. MS | | None | J | W | inactive | | | | |
| 14. Tominson Interests, Inc., Jefferson Davis Co, MS | | None | J | W | | | | | |
| 15. Vintage Petroleum, Hancock Co., MS | | None | J | W | | | | | |
| 16. Denbury Resources, Gluckstadt Field, Madison Co., MS | A | Lease | | | | 12/15 | | J | |
| 17. Amer. Nat. Crude Oil (Foremost Operating) Lincoln Co. MS | A | Royalty | J | W | | | | | |
| 18. CSV Life Insurance | | None | K | W | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. | First Trust Mississippi Advantage, Series 8 | A | Interest | J | T | | | | | |
| 20. | Nuveen Tax Exempt Unit Trust, Series 520-M | B | Interest | K | T | | | | | |
| 21. | Nuveen Premium Income Municipal Fund | A | Interest | J | T | | | | | |
| 22. | Nuveen Tax Exempt Unit Trust, Series 532 | A | Interest | J | T | | | | | |
| 23. | Stock - Sun Source (Hillman Group Capitol) | B | Dividend | J | T | | | | | |
| 24. | Insured MS Series 12 UIT - 224 | A | Interest | K | T | | | | | |
| 25. | Gulfport Miss Hosp Bonds | A | Dividend | K | T | | | | | |
| 26. | Adams Co., MS Bonds | B | Interest | K | T | | | | | |
| 27. | Columbus, MS G/O Municipal Bonds | B | Interest | K | T | | | | | |
| 28. | Madison County Bonds | A | Interest | K | T | | | | | |
| 29. | Jackson Co.,MS G/O Port Impt Projs Bonds | A | Interest | J | T | | | | | |
| 30. | Stock - Consolidated Silver Tusk Mines, Ltd. | | None | J | T | | | | | |
| 31. | Gulfport Water & Sewerage Bonds | A | Interest | K | T | | | | | |
| 32. | Parcel #1, Bay St. Louis, MS | E | Dividend | | | Sell | 04/01 | K | | Russo |
| 33. | Edgewater Bay Golf Course | E | Stock repay | K | T | Redeemed | 07/17 | K | | |
| 34. | Note from Edgewater Bay Golf Course | C | Interest | | | Redeemed | 02/23 | K | | |
| 35. | Note fromEdgewater Bay Golf Course | C | Interest | | | Redeemed | 02/23 | K | | |
| 36. | Note from Edgewater Bay Golf Course | D | Interest | | | Redeemed | 02/23 | K | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Edgewater Bay Golf Course | F | Dividend | | | Sell | 12/30 | K | | |
| 38. UIT Nuveen Tax Free 331-M | B | Interest | K | T | | | | | |
| 39. Automobile Loan | D | Interest | | | Redeemed | 01/13 | K | | Stewart |
| 40. Loan | B | Interest | | | Redeemed | 10/01 | K | | Morris |
| 41. Loan | | None | | | | 08/28 | K | | Peters |
| 42. Stock - Whistler Investments | | | D | T. | Buy | 07/24 | J | | |
| 43. Stock - Peoples Financial Corp | A | Dividend | L | | | | | | |
| 44. MS State Bldg Lease Rev CTFS Partn Ser A Bond | A | Interest | J | T | | | | | |
| 45. Cert. Of Deposit - Bancorp South | B | Interest | | | Redeemed | 09/29 | K | | Bancorp South |
| 46. Loan - Sara Lane, Saucier, MS | C | Interest | K | T | | | | | Nethercott |
| 47. Loan - Parcel #1 - Gpt, MS Robinson Rd.(corrected;not Par.2) | D | Interest | M | T | | 07/19 | M | | Jackson |
| 48. Oil/Gas Lease - Hancock Co.,MS Diamond Resources | | None | J | T | | | | | |
| 49. Oil/Gas Lease - Hancock co., MS L.B. Jeffcoat | | None | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RUSSELL, JR., DAN M | 5/12/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | RUSSELL, JR., DAN M | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date _May 12 - 04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544